# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BRITTANY DANIELLE PATTERSON,**
on behalf of Z.R.J.M., Jr., a minor                                                            **PLAINTIFF**

**v.**                                                                   **CAUSE NO. 1:19cv532-LG-MTP**

**COMMISSIONER OF SOCIAL**
**SECURITY**                                                                                        **DEFENDANT**

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**BEFORE THE COURT** is the [19] Motion for Attorney's Fees Under the Equal Access to Justice Act filed by the plaintiff, Brittany Danielle Patterson on behalf of Z.R.J.M., Jr., a minor. After reviewing the Motion, the record in this matter, and the applicable law, and upon learning that the Motion is unopposed, the Court finds that the plaintiff is entitled to an award of attorney's fees in the amount of $5,550.00 pursuant to the Equal Access to Justice Act. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the payment shall be made payable to the plaintiff but may be mailed care of the plaintiff's attorney to the following address: Law Offices of Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [19] Motion for Attorney's Fees Under the Equal Access to Justice Act filed by the plaintiff, Brittany Danielle Patterson on behalf of Z.R.J.M., Jr., a minor, is **GRANTED**. The plaintiff is awarded attorney's fees in the amount of $5,550.00.

**SO ORDERED AND ADJUDGED** this the 15th day of July, 2020.

                                                                        s/ *Louis Guirola, Jr.*
                                                                        Louis Guirola, Jr.
                                                                        United States District Judge